**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric V. Kennedy                        CHAPTER 13
         Mari M. Marx

              Debtor(s)                    BKY. NO. 25-11388 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Guidance Residential, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ *Denise Carlon*
                                      Denise Carlon
                                      14 Apr 2025, 15:49:29, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322