IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:    Eric V. Kennedy        )  Chapter 13
          Mari M. Marx           )
              Debtor(s)          )  25-11388-djb
                                 )
                                 )


CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1


    I, David M. Offen, Attorney for the above-named Debtor(s)
hereby certify that a copy of the Debtor's Chapter 13 Plan has
been served on all the creditors on the Attached Matrix via 1st
Class Mail on April 16, 2025.


Dated:   April 17, 2025        /s/ David M. Offen
                               David M. Offen, Esquire
                               Attorney for Debtor(s)
                               The Curtis Center
                               601 Walnut Street, Suite 160 West
                               Philadelphia, PA 19106
                               215-625-9600
                               info@offenlaw.com

.

Albert Einstein Medical Center
P.O. Box 785371
Philadelphia, PA 19178-5371


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998


Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cbna
Attn: Centralized Bankruptcy/Citicorp
Po Box 790034
St Louis, MO 63179

Cbna
Attn: Centralized BankruptcyDept
Po Box 790034
St Louis, MO 63179


Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 36179


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Comenity Capital Bank
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Capital/Dell
Attn: Bankruptcy
Pob 182125
Columbus, OH 43218


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

Goldman Sachs Bank USA
Attn: Bankruptcy
Lockbox 6112, PO Box7247
Philadelphia, PA 19170


Loancare/guidance Resi
3637 Sentara Way
Virginia Beach, VA 23452


Pa. Dept of Revenue
Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948


Servicing Solutions
3660 Regent Blvd, suite 200
Irving, TX 75063


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


TD Bank, N.A.
Attn: Bankruptcy
1701 Rt 70 East
Cherry Hill, NJ 08003


TD Bank/Raymour & Flanigan
Attn: Bankruptcy
1701 Rt. 70 East
Cherry Hill, NJ 08003