IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        Bankruptcy No.  25-11388
Mari M. Marx                        :
    Debtor                          :        Chapter  13

**CERTIFICATION OF NO PAYMENT ADVICES**
**Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, _Mari M Marx_____, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐   I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I have received no regular income other than Social Security payment throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒   My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐   I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I did not receive payments advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my information, knowledge and belief.

_4/9/25_____            _Mari M Marx_____
Date                        Debtor