Certificate Number: 12433-PAE-DE-039724589

Bankruptcy Case Number: 25-11388



12433-PAE-DE-039724589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2025, at 4:07 o'clock PM EDT, Mari M. Marx completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 2, 2025              By:    /s/Lisa Susoev

                                  Name:  Lisa Susoev

                                  Title: Teacher