UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Bankr. Case No. 25-11388-DJB-13

Eric V. Kennedy and Mari M. Marx                                                                   Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 25-11388-DJB-13

Eric V. Kennedy and Mari M. Marx                                                          Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on May 23, 2025 :

| | |
|---|---|
| David M Offen | Kenneth E West |
| The Curtis Center | Office of the Chapter 13 Standing Trustee |
| 601 Walnut Street | 190 N. Independence Mall West, Suite 701 |
| Suite 160 West | Philadelphia, PA 19106 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx70561 / 1110975