IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| ERIC V. KENNEDY, | : CASE NO. 25-11388 DJB |
| MARI M. MARX, | : |
|          DEBTORS, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : June 12, 2025 @ 9:30 a.m. |
| | : |
|          MOVANT, | : |
| | : |
| V. | : |
| | : |
| ERIC V. KENNEDY, | : |
| MARI M. MARX, | : |
|          RESPONDENT, | : RELATED TO DOCKET NO. 22 |

## CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on June 9, 2025 by:

**25-11388-djb Notice will be electronically mailed to:**

DENISE ELIZABETH CARLON on behalf of Creditor Guidance Residential, LLC,
bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

WILLIAM EDWARD CRAIG on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial
wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

DAVID M. OFFEN on behalf of Debtor Eric V. Kennedy
dmo160west@gmail.com,
davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN on behalf of Joint Debtor Mari M. Marx
dmo160west@gmail.com,
davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-11388-djb Notice will not be electronically mailed to:**

AmeriCredit Financial Services, Inc. dba GM Financial
P.O. Box 183853
Arlington, TX 76096

EXECUTED ON: June 9, 2025

By: /s/ Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA Attorney I.D.: 209683
Phone: (717) 783-3673
Facsimile: (717) 772-1459