United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-11388-djb
Eric V. Kennedy  Chapter 13
Mari M. Marx
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Aug 08, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric V. Kennedy, Mari M. Marx, 3 N. Garfield Street, Glenolden, PA 19036-1210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

**Name**      **Email Address**

DAVID M. OFFEN
     on behalf of Debtor Eric V. Kennedy dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
     on behalf of Joint Debtor Mari M. Marx dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Guidance Residential  LLC, bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ERIC V. KENNEDY ) | |
| MARI M. MARX ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | Case No.: 25-11388 (DJB) |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC V. KENNEDY ) | |
| MARI M. MARX ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors ^ Dkt. 25 in settlement of the Objection To Confirmation, and filed on or about August 5, 2025 in the above matter is APPROVED.

Dated: **August 8, 2025**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ERIC V. KENNEDY ) | |
| MARI M. MARX ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | Case No.: 25-11388 (DJB) |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC V. KENNEDY ) | |
| MARI M. MARX ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** | |

**STIPULATION RESOLVING OBJECTION TO CONFIRMATION**

This matter having been brought before the Court on an Objection To Confirmation filed by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of David M. Offen, Esquire for the Debtor, and the parties having resolved said Objection as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

**IT IS STIPULATED:**

1. That GM Financial is the holder of a first purchase money security interest encumbering a 2022 Chevrolet Equinox bearing vehicle identification number 3GNAXKEV2NS209005.

2. That GM Financial is deemed to be unaffected by the Debtor's Chapter 13 Plan. In the event the plan completes before payments are completed under the retail installments sales contract between the Debtor and GM Financial, the Debtor's obligations to GM Financial shall not be discharged, and the Debtor shall remain obligated to GM Financial under the terms of the contract and GM Financial shall retain all its rights and remedies as to the Debtor and the collateral under the contract until all payments have been made to GM Financial Consumer by the Debtor in accordance with the terms, covenants and conditions of the contract.

3. That with the entry of this Order, the Objection To Confirmation filed by GM Financial is hereby deemed withdrawn.

4. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ David M. Offen
David M. Offen, Esquire
Attorney for the Debtor

/s/ William E. Craig
William E. Craig, Esquire
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

 /s/ LeeAne O. Huggins   June 16, 2025
LeeAne O. Huggins
For Kenneth E.
West Chapter 13
Trustee