IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| ERIC V. KENNEDY, | : CASE NO. 25-11388 DJB |
| DEBTOR | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME<br>: December 11, 2025 @ 9:30 a.m. |
| MOVANT | : |
| V. | : |
| ERIC V. KENNEDY, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 35 |

**CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and upon review of the Debtor's Amended Plan, the Department hereby withdraws its Objection to Debtor's Chapter 13 Plan.

**25-11388-djb Notice will be electronically mailed to:**

DENISE ELIZABETH CARLON on behalf of Creditor Guidance Residential, LLC,
bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

WILLIAM EDWARD CRAIG on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial
wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

DAVID M. OFFEN on behalf of Debtor Eric V. Kennedy
ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN on behalf of Joint Debtor Mari M. Marx
ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-11388-djb Notice will not be electronically mailed to:**

AmeriCredit Financial Services, Inc. dba GM Financial
P.O. Box 183853
Arlington, TX 76096


EXECUTED ON: December 8, 2025

                                          By:     /s/ Jonathan W. Chatham
                                                       Jonathan W. Chatham
                                                       Deputy Chief Counsel
                                                       PA Department of Revenue
                                                       Office of Chief Counsel
                                                       P.O. Box 281061
                                                       Harrisburg, PA 17128-1061
                                                       PA I.D. # 209683
                                                       Phone: 717-783-3673
                                                       Facsimile: 717-772-1459