IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Eric V. Kennedy | : Case No. 25-11388-djb |
| Mari M. Marx | |
|     Debtor(s) | |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

    I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.


Date:  January 26, 2026       /s/ David M. Offen
                                          David M. Offen
                                          Attorney for Debtor(s)
                                          The Curtis Center
                                          601 Walnut Street, Suite 160 West
                                          Philadelphia, PA 19106
                                          215-625-9600
                                          [info@offenlaw.com](mailto:info@offenlaw.com)