IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: ERIC V. KENNEDY                      )
      MARI M. MARX                   )
      **Debtor(s)**                      )    CHAPTER 13
                                 )
AMERICREDIT FINANCIAL SERVICES, INC.  )    Case No.: 25-11388 (DJB)
dba GM FINANCIAL               )
      **Moving Party**            )
                                 )
   v.                              )
                                 )
ERIC V. KENNEDY            )
MARI M. MARX              )
      **Respondent(s)**          )
                                 )
KENNETH E. WEST          )
      **Trustee**

---

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Objection To Confirmation, and filed on or about May 22, 2026 in the above matter is APPROVED.

Dated:  **May 28, 2026**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: ERIC V. KENNEDY | ) | |
|     MARI M. MARX | ) | |
|     **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) | Case No.: 25-11388 (DJB) |
| dba GM FINANCIAL | ) | |
|     **Moving Party** | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| ERIC V. KENNEDY | ) | |
| MARI M. MARX | ) | |
|     **Respondent(s)** | ) | |
| | ) | |
| KENNETH E. WEST | ) | |
|     **Trustee** | | |

## STIPULATION RESOLVING OBJECTION TO CONFIRMATION

This matter having been brought before the Court on an Objection To Confirmation filed by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of David M. Offen, Esquire for the Debtor, and the parties having resolved said Objection as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

**IT IS STIPULATED:**

1. That GM Financial is the holder of a first purchase money security interest encumbering a 2021 Chevrolet Silverado bearing vehicle identification number 1GB3WRE72MF214498.

2. That GM Financial is deemed to be unaffected by the Debtor's Chapter 13 Plan.  In the event the plan completes before payments are completed under the retail installments sales contract between the Debtor and GM Financial, the Debtor's obligations to GM Financial shall not be discharged, and the Debtor shall remain obligated to GM Financial under the terms of the contract and GM Financial shall retain all its rights and remedies as to the Debtor and the collateral under the contract until all payments have been made to GM Financial Consumer by the Debtor in accordance with the terms, covenants and conditions of the contract.

3.  That with the entry of this Order, the Objection To Confirmation filed by GM Financial is hereby deemed withdrawn.

4.  That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:


/s/ David M. Offen
David M. Offen, Esquire
Attorney for the Debtor


/s/ William E. Craig
William E. Craig, Esquire
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial


/s/ LeeAne O. Huggins 5/6/2026
LeeAne Huggins
For Kenneth E. West
Chapter 13 Trustee