United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 25-11388-djb

Eric V. Kennedy                                                                                    Chapter 13

Mari M. Marx

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**                          **Recipient Name and Address**
db/jdb                        + Eric V. Kennedy, Mari M. Marx, 3 N. Garfield Street, Glenolden, PA 19036-1210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Eric V. Kennedy ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
    on behalf of Joint Debtor Mari M. Marx ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI
    on behalf of Creditor Guidance Residential  LLC, msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
    on behalf of Creditor Guidance Residential  LLC, bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 28, 2026                       Form ID: pdf900                               Total Noticed: 1

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: ERIC V. KENNEDY                        )
     MARI M. MARX                           )
     **Debtor(s)**                                )     CHAPTER 13
                                              )
AMERICREDIT FINANCIAL SERVICES, INC.   )     Case No.: 25-11388 (DJB)
dba GM FINANCIAL                              )
     **Moving Party**                           )
                                              )
   v.                                         )
                                              )
ERIC V. KENNEDY                               )
MARI M. MARX                                  )
     **Respondent(s)**                          )
                                              )
KENNETH E. WEST                               )
     **Trustee**

---

### **ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Objection To Confirmation, and filed on or about May 22, 2026 in the above matter is APPROVED.

Dated:  **May 28, 2026**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: ERIC V. KENNEDY | ) | |
| MARI M. MARX | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) | Case No.: 25-11388 (DJB) |
| dba GM FINANCIAL | ) | |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC V. KENNEDY | ) | |
| MARI M. MARX | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | | |

### STIPULATION RESOLVING OBJECTION TO CONFIRMATION

This matter having been brought before the Court on an Objection To Confirmation filed by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of David M. Offen, Esquire for the Debtor, and the parties having resolved said Objection as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

**IT IS STIPULATED:**

1.  That GM Financial is the holder of a first purchase money security interest encumbering a 2021 Chevrolet Silverado bearing vehicle identification number 1GB3WRE72MF214498.

2.  That GM Financial is deemed to be unaffected by the Debtor's Chapter 13 Plan.  In the event the plan completes before payments are completed under the retail installments sales contract between the Debtor and GM Financial, the Debtor's obligations to GM Financial shall not be discharged, and the Debtor shall remain obligated to GM Financial under the terms of the contract and GM Financial shall retain all its rights and remedies as to the Debtor and the collateral under the contract until all payments have been made to GM Financial Consumer by the Debtor in accordance with the terms, covenants and conditions of the contract.

3.  That with the entry of this Order, the Objection To Confirmation filed by GM Financial is hereby deemed withdrawn.

4.  That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ David M. Offen
David M. Offen, Esquire
Attorney for the Debtor

/s/ William E. Craig
William E. Craig, Esquire
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

/s/ LeeAne O. Huggins 5/6/2026
LeeAne Huggins
For Kenneth E. West
Chapter 13 Trustee